300

No. 64631.—Air Express International Agency, Inc. *v.* United States, protest 59/33392 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64632.—C. H. Timm & Son, Inc. *v.* United States, protest 59/33500 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64633.—A. V. Olsson Trading Co., Inc. *v.* United States, protests 59/13127, etc. (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

No. 64634.—Alfred H. Marzolf *v.* United States, protests 322652–K, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64635.—Border Brokerage Company *v.* United States, protests 58/2120, 58/14045, and 59/8919 (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of shrimp shells similar in all material respects to those the subject of *Border Brokerage Co.* v. *United States* (43 Cust. Ct. 231, C.D. 2132), the claim of the plaintiff was sustained.